IN THE COURT OF APPEALS OF TENNESSEE
AT KNOXVILLE
November 3, 2009 Session

## VICTORIA DUTTON ET AL. v. FARMERS GROUP, INC., ET AL.

**Appeal from the Circuit Court for Knox County**
**No. 3-278-08     Wheeler A. Rosenbalm, Judge**

_____

**No. E2009-00746-COA-R3-CV  - FILED JUNE 22, 2010**

_____

CHARLES D. SUSANO, JR., J., concurring.


    I agree with the majority that, given the present state of the record in this case, summary judgment is not appropriate. As the record now stands, "[w]hether the plaintiff[s] exercised reasonable care and diligence in discovering the injury or wrong is . . . a fact question for the [trier of fact] to determine." *Wyatt v. A-Best Company*, 910 S.W.2d 851, 854 (Tenn. 1995). In other words, there is a genuine issue as to this material fact. At trial, the finder of fact must determine if the plaintiffs filed suit within one year of the point in time when they[1] first knew, or, in the exercise of reasonable diligence, should have known that an actionable injury had occurred. *Id*. at 856-57.


                                        _____
                                        CHARLES D. SUSANO, JR., JUDGE

---

    [1]While I have used the plural "they," it is clear that each claim must be separately evaluated as to this issue.